IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:16CR3022** |
| vs. | |
| DOMONIQUE A. CAMACHO, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Revocation Hearing (filing 63) is granted.

2. Defendant Domonique A. Camacho's violation of supervised release hearing is continued to June 8, 2018, at 11:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 20th day of March, 2018.

BY THE COURT:

_____
John M. Gerrard
United States District Judge