IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **4:16CR3022** |
| Plaintiff, | |
| vs. | **ORDER** |
| DOMONIQUE A. CAMACHO, | |
| Defendant. | |

IT IS ORDERED that:

1.    The Defendant's Unopposed Motion to Continue Revocation Hearing (filing 75) is granted.

2.    Defendant Domonique A. Camacho's violation of supervised release hearing is continued to August 1, 2018, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 6th day of June, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge